SCHEINDLIN, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
NORTH AMERICAN FOREIGN TRADING : 
CORP., :
 :
                   Plaintiff, :
 :
         -against- :    05 Civ. 4807 (SAS) (KNF)
 :
MITSUI SUMITOMO INSURANCE USA, :
INC., f/k/a MITSUI MARINE AND FIRE :
INSURANCE COMPANY OF AMERICA and :
MSI CLAIMS (USA), INC., :
 :
                  Defendants. :
 :
------------------------------------------------------------x
NORTH AMERICAN FOREIGN TRADING : 
CORP., :
 :
                   Plaintiff, :
 :
         -against- :    05 Civ. 5827 (SAS) (KNF)
 :
MITSUI SUMITOMO INSURANCE USA, :
INC., f/k/a MITSUI MARINE AND FIRE :
INSURANCE COMPANY OF AMERICA and :
MSI CLAIMS (USA), INC., :
 :
                  Defendants. :
 :
------------------------------------------------------------x

**JUDGMENT**

      This action came on for trial before the Court, the Honorable Shira A. Scheindlin, District Judge, presiding, and the issues having been duly tried and a decision having been duly rendered,

      It is Ordered and Adjudged that plaintiff North American Foreign Trading Corp., recover of the defendants Mitsui Sumitomo Insurance USA, Inc. (f/k/a Mitsui Marine and Fire Insurance Company of America) and MSI Claims (USA), Inc., the sum of

$7,425,000, with post-judgment interest thereon at a rate of 4.89 percent as provided by law to commence on the date of entry of this judgment, and the costs of this action.

Dated at New York, New York, this 18 day of May, 2007.

_____
USDJ

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

2